AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | Case No. | 2:18-mj-541-GWF |
|---|---|---|---|
| v. | ) | | |
| ARTHUR GENE PIRTLE, SR. | ) | Charging District: | Central District of Ohio |
| Defendant | ) | Charging District's Case No. | 2:18-mj-358-EPD |



RECEIVED ____ ENTERED ____ SERVED ON COUNSEL/PARTIES OF RECORD
JUN 1 1 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Joseph P. Kinneary United States Courthouse 85 Marconi Boulevard Columbus, OH 43215 before the Honorable Kimberly A. Jolson, U.S. Magistrate Judge | Courtroom: | TBD |
|---|---|---|---|
| | | Date/Time: | July 2, 2018 at 2:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Jun 11, 2018

_____
Judge's signature

GEORGE FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*